FILED
08 MAY -1 AM 11:52
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Alan Javier SELVAS-Viera,** Defendant(s) | Magistrate Case No. '08 MJ 1379 COMPLAINT FOR VIOLATION OF: Title 8 U.S.C., Sec. 1324 (a)(2)(B)(iii) Bringing in Illegal Aliens Without Presentation |

The undersigned complainant, being duly sworn, states:

On or about **April 29, 2008,** within the Southern District of California, defendant **Alan Javier SELVAS-Viera**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Aldo LISEA-Martinez**, **Enrique Alberto MADRIGAL-Cortez, and Jose VALENCIA-Sandoval,** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 1st DAY OF MAY, 2008

Nita L. Stormes
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Alan Javier SELVAS-Viera**

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Aldo LISEA-Martinez, Enrique Alberto MADRIGAL-Cortez, and Jose VALENCIA-Sandoval,** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On April 29, 2008, Border Patrol Agent J. Viau was performing line watch duties in the Imperial Beach Border Patrol Station area of operations. At approximately 3:15 p.m., Agent Viau was advised by a scope operator that six bicyclists were riding north from the United States/Mexico International Boundary Fence, towards an area known as "Sams Drive." This area is approximately four miles west of the San Ysidro, California Port of Entry and is approximately one quarter of a mile north of the United States/Mexico International Boundary Fence.

Agent Viau responded to the area and began driving towards the location where the scope operator observed the bicycles. As he was approaching the first switch-back from the bottom, Agent Viau observed one of the bicyclists riding extremely fast towards his position. Agent Viau immediately activated his emergency lights and pulled over to the side of the road, so the individual on his bicycle would see him. As the bicyclist was approaching, Agent Viau observed that the rider had a cellular telephone in his right hand. Guides frequently use cellular telephones during their journey into the United States in order to communicate with their awaiting vehicles. As the bicyclist was approaching Agent Viau's position, his bicycle struck a loose rock in the road and the rider fell off of his bike. At this time, three additional bicyclists were coming around the switch-back towards Agent Viau. Upon seeing the Border Patrol vehicle, the other three bicyclists jumped off of their bikes and ran northbound. over the hillside into some brush.

Agent Viua approached the defendant, **Alan Javier SELVAS-Viera** who had fallen off of his bike. Agent Viau identified himself as a Border Patrol Agent and queried the defendant as to his immigration status. The defendant admitted to being a citizen and national of Mexico illegally present in the United States. At 3:30 p.m., Agent Viau placed the defendant under arrest. The three other individuals who had run away from their bicycles were found a short time later. All admitted to being citizens of Mexico illegally present in the United States. The defendant and the other three were transported to Imperial Beach Border Patrol Station for processing.

## DEFENDANT STATEMENT:

The defendant **Alan Javier SELVAS-Viera** was advised of his Miranda Rights which he understood and was willing to answer questions without an attorney being present. The defendant stated that he is a citizen and national of Mexico and that he had no documentation that would allow him to legally enter or remain in the United States.

The defendant stated that he was going to be paid $150.00 USD, per person, for successfully smuggling the group into the United States to a pre-designated location where they would be picked up by a waiting vehicle and taken further into the United States. The defendant stated that he guided the group into the United States on bicycles.

**CONTINUATION OF COMPLAINT:**
**Alan Javier SELVAS-Viera**

**MATERIAL WITNESSES STATEMENTS:**

Material witnesses **Aldo LISEA-Martinez, Enrique Alberto MADRIGAL-Cortez, and Jose VALENCIA-Sandoval,** agree in summary that they are citizens and nationals of Mexico illegally present in the United States with no documentation that would allow them to enter, to be in or remain in the United States. The material witnesses stated that they were to pay $2,000.00 (US) to be smuggled into the United States. All three material witnesses were able to identify the defendant **Alan Javier SELVAS-Viera**, as the guide of the group from a photograghic lineup.