RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA
2008 MAY 15 P 4: 17

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ) | CRIMINAL NO. 08CR1569-WQH |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Alan Javier Selvas-Viera, Defendant(s) | ) | Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Enrique Alberto Madrigal-Cortez

DATED: 5/15/08

NITA L. STORMES

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by [signature] Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✩ U.S. GPO: 2003-581-774/70082