FILED
MAY 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALAN JAVIER SELVAS-VIERA,<br>Defendant. | Criminal Case No. 08CR1569-WQH<br>INFORMATION<br>Title 8, U.S.C., Sec. 1324(a)(1)(A)(i) and (v)(II) - Bringing in Illegal Aliens and Aiding and Abetting |

The United States Attorney charges:

On or about April 29, 2008, within the Southern District of California, defendant ALAN JAVIER SELVAS-VIERA, with the intent to violate the immigration laws of the United States, did bring or attempt to bring into the United States an alien, namely, Aldo Lisea-Martinez, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II).

DATED: May 15, 2008

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney

WMC:mg:San Diego
5/5/08