(28) 25

AO 455 (Rev. 5/85) Waiver of Indictment

# *UNITED STATES DISTRICT COURT*

# *SOUTHERN DISTRICT OF CALIFORNIA*

UNITED STATES OF AMERICA

v.

ALAN JAVIER SELVAS-VIERA

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1569-WQH

I, ALAN JAVIER SELVAS-VIERA, the above-named defendant, who is accused of committing the following offenses:

Bringing in Illegal Aliens and Aiding and Abetting, in violation of Title 8, U.S.C., Secs. 1324(a)(1)(A)(i) and (v)(II),

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 5.15.2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Alan Javier Selvas Viera
Defendant

Defense Counsel

Before
Judicial Officer